USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JAMES MURPHY, on behalf of herself and all :
others similarly situated, :
:
                       Plaintiff, :       18-CV-6832 (VEC)
:
      -against- :       <u>ORDER</u>
:
KIDVILLE, INC., :
:
                   Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       On August 23, 2018, the parties reported to the Court that they have reached a settlement on all issues in this case (Dkt. 6).

       Accordingly, it is hereby ORDERED that this action will be dismissed without costs (including attorneys' fees) to either party on **September 21, 2018,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement.  To be clear, any request that the action not be dismissed **<u>must</u>** be filed **<u>on or before September 21, 2018</u>**; any request filed thereafter may be denied solely on that basis.

       If the parties wish for the Court to retain jurisdiction over their settlement agreement, not later than **September 14, 2018**, they must submit the settlement agreement to the Court in accordance with Rule 5.A of the Court's Individual Practices, along with a request that the Court

issue an order expressly retaining jurisdiction to enforce their settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

All deadlines and court conferences previously scheduled in this matter are cancelled.

**SO ORDERED.**

**Date: August 27, 2018**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

2