UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

JAMES MURPHY, *on behalf of herself and all others similarly situated*,

                               Plaintiff,

-against-

KIDVILLE, INC.,

                              Defendant.

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2018

18-CV-6832 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 23, 2018, the Court received a notice of settlement from Plaintiff's counsel (Dkt. 6);

       WHEREAS on August 27, 2018, the Court ordered that this action would be dismissed unless one or more parties filed a letter before September 21, 2018 requesting that the action not be dismissed (Dkt. 7); and

       WHEREAS no party has filed a letter requesting that this action not be dismissed;

       IT IS HEREBY ORDERED THAT this case is DISMISSED. The Clerk is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

Date: **November 13, 2018**
      **New York, New York**

*(signature)*
**VALERIE CAPRONI**
**United States District Judge**